```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TEAMSTERS LOCAL 456 PENSION, HEALTH
& WELFARE, ANNUITY, EDUCATION &
TRAINING, INDUSTRY ADVANCEMENT,
AND LEGAL SERVICES FUNDS, by Louis A.                    ORDER
Picani, Joseph Sansone, Dominick Cassanelli, Jr.,
Jeffrey Singer, Ross Pepe, and John T. Cooney as         No. 23-CV-05738 (PMH)
Trustees and Fiduciaries of the Funds, and
Westchester Teamsters LOCAL UNION No. 456,

                                        Plaintiffs,

                   -against-

NORTH MILLS INDUSTRIES LLC, and
BEHAR HAXHIA, Individually,

                                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

      The Court is in receipt of Plaintiffs' motion for default judgment (Doc. 20) and supporting papers. Plaintiffs are directed to revise their proposed default judgment (Doc. 25) and statement of damages (Doc. 24) to reflect the joint and several nature of the liabilities against each Defendant. Additionally, Plaintiffs are directed to revise the statement of damages to reflect the actual interest calculations that are being sought. Plaintiffs' revised materials shall be filed via ECF by **November 13, 2023** at 5:00 p.m.

      To the extent Plaintiffs seek to apply the rate of return set forth in paragraph 16 of the Declaration of Brenda Ritch (Doc. 22), Plaintiffs shall, by **November 13, 2023**, file: (i) a letter, double-spaced and no more than two pages, identifying the relevant portion of the CBA that provides for such rate of return; and (ii) an affidavit by a person with personal knowledge concerning this rate of return.

Dated: White Plains, New York
      November 3, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge