UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS, by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Jeffrey Singer, Ross Pepe, and John T. Cooney as Trustees and Fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, <br><br>　　　　　　　　　　　　　　　Plaintiffs,<br> -against-<br><br>NORTH MILLS INDUSTRIES LLC, and BEHAR HAXHIA, Individually,<br><br>　　　　　　　　　　　　　　　Defendants. | **DEFAULT JUDGMENT**<br><br>Civil Action No.<br>7:23-cv-05738<br>(PMH) |

**UPON THE READING AND FILING OF THE ORDER TO SHOW CAUSE** filed by the Plaintiffs, the Trustees of the Teamsters Local 456 Pension, Health and Welfare, Annuity, Education and Training, Industry Advancement, and Legal Services Funds together with the Westchester Teamsters Local Union No. 456, as well as the Affidavit of Daniel Kornfeld, dated the 13th day of September, 2023, the Affidavit of Brenda Ritch, dated the 11th day of September, 2023, the Complaint, the Memorandum of Law, the Statement of Damages, and the Affidavits of Service together with the exhibits attached thereto; and

**UPON** the failure of Defendant North Mills Industries LLC and Behar Haxhia, individually, to appear before the Honorable Court at a hearing on October 20, 2023;

**IT IS HEREBY ORDERED** pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure, as well as Section 502(g)(2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), and Section 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. §185(a):

1

1. That Plaintiffs' Motion for Default Judgment is hereby **GRANTED**; and

2. That Plaintiffs shall recover judgment against Defendants North Mills Industries LLC and Behar Haxhia, joint and severally in the total amount of $56,397.01, representing $51,183.56 in contributions related to work in covered employment during the period September 1, 2022 through June 30, 2023, plus $5,213.45 in attorneys' fees and costs; and

3. That Plaintiffs shall additionally recover judgment against Defendant North Mills Industries LLC in the amount of $10,422.54, representing $3,356.52 in deductions during the period September 1, 2022 through June 30, 2023, plus $1,947.67 in interest, plus $5,118.35 in liquidated damages; and

4. That Plaintiffs shall additionally recover judgment against Defendant Behar Haxhia for $6,904.66 in interest; and

5. That the Plaintiffs shall have immediate execution on this Judgment, and Plaintiffs shall be entitled to post-judgment interest at the rate provided for by 29 U.S.C. §1961(a).

Dated: November 15, 2023
White Plains, New York

**ENTERED:**

_____
Honorable Philip M. Halpern
U.S. District Court Judge